## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NY-51 | E 1665476 | GAGNIER | 5050 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 10/19/2024  1902 | 38 CFR 1.218 (b)(4) |

Place of Offense
800 IRVING AVE, SYRACUSE, NY 13210

Offense Description: Factual Basis for Charge          HAZMAT ☐
WILLFUL DESTRUCTION, DAMAGE OR
REMOVAL OF GOVERNMENT
PROPERTY WITHOUT AUTHORIZATION

### DEFENDANT INFORMATION     Phone: (781) 427 - 1349

| Last Name | First Name | M.I. |
|---|---|---|
| MAURER | JOHN | M |

Street Address ▓▓▓▓▓▓▓▓▓▓▓▓

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| HINGHAM | MA | 02043 | ▓▓▓▓▓▓ |

Drivers License No. ▓▓▓▓    CDL ☐  D.L. State ▓▓   Social Security No. ▓▓▓▓

☒ Adult ☐ Juvenile   Sex ☒Male ☐ Female   Hair BRO   Eyes HAZ   Height 602   Weight 195

### VEHICLE    VIN:                          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| ☐ A  If Box A is checked, you must appear in court. See instructions. | ☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature 

Original - CVB Copy

*E1665476*

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT ☐ Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 01/17/2025 14:3

**USDCVN # E1665476**

### STATEMENT OF PROBABLE CAUSE

#### (For issuance of an arrest warrant or summons)

I state that on 28 October, 2024 at approximately 1320 hrs while exercising my duties as a law enforcement officer in the Northern District of New York, I responded to the VA police department at 800 Irving Avenue Syracuse NY 13210 to assist in the investigation of an instance of theft of government property reported to Ofc. Gagnier of the VA police on 28 October 2024. Upon investigation the defendant, John M. Maurer (10/22/2005), did admit to the below affiant (Senior Criminal Investigator James Gallup) to violating CFR 1.218 (b)(04) Willful destruction, damage, or removal of Government property without authorization, by intentionally stealing a blue plastic bollard sleeve with reflective VA decals worth a total value of $86.00, subsequently causing a loss to the U.S. Government and Dept. of Veterans affairs and eliminating the ability for the agency to utilize the bollard sleeves for their intended purpose. The incident was in fact captured on government surveillance camera and did corroborate the admission provided by John M. Maurer.

The foregoing statement is based upon:

_X__  my personal observation                          _X_  .my personal investigation

_X__  information supplied to me from my fellow officer's observation

_X_  other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    Senior Crim Inv., James Gallup

          Date (10/16/2024)                      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

          Date (___/___/___)                     U.S. Magistrate Judge